UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHLOIME KLEIN,

                                        Case No.: 19-cv-4652

               Plaintiff,

      v.                                 NOTICE OF REMOVAL

FINANCIAL RECOVERY SERVICES, INC.,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant Financial Recovery Services, Inc. ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Shloime Klein v. Financial Recovery Services, Inc.* from the Supreme Court of the State of New York, County of Orange, under Index No.: EF 003349-2019 ("State Court Action") to the United States District Court for the Southern District of New York. In support of removal, Defendant, by and through its attorneys, states as follows:

      1.      On May 1, 2019, Defendant was personally served in this matter. A true copy of the Complaint is attached hereto and marked as Exhibit "A".

      2.      Pursuant to CPLR § 320(a), Defendant's time to appear by serving an answer, a notice of appearance of a motion which has the effect of extending the time to answer expires on May 21, 2019.

      3.      This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et*

*seq*. This Court is the proper district for removal because the Supreme Court of the State of New York, Orange County is located within the jurisdiction of the United States District Court for the Southern District of New York.

  4. As Defendant was served on May 1, 2019, this removal, which is filed within 20 days thereof, is timely.

  5. The undersigned is not aware of any other Defendants to these proceedings who would be required to consent to removal.

  6. The undersigned is not aware of any other documents that have been filed in this matter.

  7. Notice of this removal will be filed with the Supreme Court of the State of New York, County of Orange and served on Plaintiff.

  8. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

  WHEREFORE, Defendant requests that further proceedings in the Supreme Court of the State of New York, County of Orange, be discontinued and that this action be removed in its entirety to the United States District Court for the Southern District of New York, which will then assume full jurisdiction over this cause of action.

Dated: May 21, 2019       By /s/ Michael T. Etmund
               Michael T. Etmund, NY REG # 5168331
               Moss & Barnett, PA
               150 South Fifth Street, Suite 1200
               Minneapolis  MN  55402-4129
               Telephone:  (612) 877-5000
               Facsimile:  (612) 877- 5050
               Michael.Etmund@lawmoss.com

3

Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
708 Third Avenue, 5th Floor, Suite 142
New York, New York 10017
Tel: 212-922-9483
Alex@winstonandwinston.com
*Attorneys for Defendant*

4711319v1